UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THEODORE JUSTICE,<br>             Plaintiff,<br>v.<br><br>ALLY FINANCIAL, INC.,<br>SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br>             Defendants.<br>_____/ | Case No. 24-11936<br><br>F. Kay Behm<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER DENYING PLAINTIFF'S SECOND MOTION TO AMEND/CORRECTED AMENDED COMPLAINT (ECF Nos. 37)

On May 1, 2025 the Court directed Plaintiff to file a Second Amended Complaint correcting a discrepancy in the timeline of events alleged in his First Amended Complaint. (ECF No. 36). The next day, Plaintiff filed a motion responding to the Court's Order with an amended pleading. This filing, however, did not include the exhibits attached to this First Amended Complaint. (ECF Nos. 31-1 – 31-12). To that end, Plaintiff's motion is **DENIED WITHOUT PREJUDICE**.

Plaintiff is **ORDERED** to file a Second Amended Complaint that (1) corrects the discrepancy in the timeline of events; and (2) contains everything included with the First Amended Complaint, such as the exhibits. The Court will not refer back to the First Amended Complaint, so everything there must be

reproduced in the Second Amended Complaint. Once filed, Plaintiff must complete and provide the documents required to serve the proper Second Amended Complaint as explained in the Court's May 1 Order. (ECF No. 36).

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: May 2, 2025

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on May 2, 2025.

<u>s/Sara Krause</u>
Case Manager
(810) 341-7850
